Appeal from Circuit Court, Jefferson County; C. P. Almon, Judge. Thompson & Thompson, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Affirmed, on authority of Parks v. State (6 Div. 860), ante, p. 687, 106 So. 922.

___

(106 So. 922)

P. H. PARSON v. Arthur HIPP. (6 Div. 816.) (Court of Appeals of Alabama. Nov. 27, 1925.) Appeal from Circuit Court, Winston County; R. L. Blanton, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

___

(109 So. 926)

Taylor PARSONS v. STATE. (6 Div. 939.) (Court of Appeals of Alabama. June 1, 1926.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Distilling.

SAMFORD, J. Appeal dismissed.

___

(105 So. 925)

Dewey PATE v. STATE. (7 Div. 135.) (Court of Appeals of Alabama. June 30, 1925.) Appeal from Circuit Court, Cleburne County; S. W. Tate, Judge. Merrill & Allen, of Anniston, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. The defendant was convicted of the offense of distilling, etc., and appeals. It would serve no useful purpose to discuss the evidence. The defendant requested the general affirmative charge, which was refused, as to the first count of the indictment. This count charged that he did distill liquors, etc., a part of which was alcohol. We have carefully examined the record, and nowhere is there any evidence that whisky was in fact manufactured. No whisky was found. The still was not connected up. In fact, nothing was shown by the evidence from which the jury would be authorized to legally find that whisky had been made. The requested charge as to count 1 should have been given, and for the error in its refusal the judgment is reversed and the cause remanded. Gardner v. State (Ala. App.) 102 So. 914;[1] Winchester v. State, 20 Ala. App. 431, 102 So. 595. Reversed and remanded.

___

(110 So. 924)

W. M. PATE v. STATE. (6 Div. 58.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

SAMFORD, J. Affirmed.

___

(106 So. 922)

L. B. PATTERSON v. STATE. (5 Div. 561.) (Court of Appeals of Alabama. Nov.

[1] 20 Ala. App. 469.

24, 1925.) Appeal from Circuit Court, Chilton County; George F. Smoot, Judge.

BRICKEN, P. J. The appellant was indicted by the grand jury for an assault and battery upon Roy Taylor, and was convicted as charged. From the judgment of conviction in the circuit court, he appealed. There is no bill of exceptions; the appeal is upon the record proper. No error is apparent; therefore the judgment of conviction is affirmed. Affirmed.

___

(110 So. 924)

Bob PAYNE v. STATE. (6 Div. 35.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Jefferson County; George Frey, Special Judge.

SAMFORD, J. Affirmed.

___

(106 So. 922)

Ellis PEARSON v. STATE. (6 Div. 745.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Buying, concealing, etc., stolen property.

BRICKEN, P. J. Appeal dismissed.

___

(106 So. 922)

Annie PEAVY v. STATE. (5 Div. 556.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Chilton County; George F. Smoot, Judge. Violating prohibition law. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Affirmed.

___

(103 So. 925)

T. S. PEAVY v. STATE. (5 Div. 601.) (Court of Appeals of Alabama. May 11, 1926.) Appeal from Circuit Court, Chilton County; G. F. Smoot, Judge. Possessing prohibited liquors. See, also, 20 Ala. App. 691, 102 So. 924.

RICE, J. Affirmed.

___

(106 So. 923)

Luther PENLEY v. STATE. (8 Div. 347.) (Court of Appeals of Alabama. Jan. 26, 1926.) Appeal from Circuit Court, Limestone County; N. D. Denson, Judge. Distilling.

RICE, J. Appeal dismissed.

___

(110 So. 924)

John W. PETTY v. STATE. (4 Div. 285.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Bigamy.

SAMFORD, J. Affirmed.